## INDEX OF EXHIBITS

**Exhibit**                    **Description**

Corrected Exhibit F           Part I - Transcript of Norbert Garland

Corrected Exhibit F           Part II – Transcript of Norbert Garland


***(Other Exhibits FF – LL Submitted with Reply Brief)***


*g:\k\kalitta\air\m\moran, bryce-u.s. district court lawsuit-2011\pleadings\reply to summary judgment-exhibits\index of exhibits-v3.doc*