UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRYCE MORAN,　　　　　　　　　　　　　Case No.: 11-14696

　　　　　Plaintiff,　　　　　　　　　　　Hon. Stephen J. Murphy III
　　　　　　　　　　　　　　　　　　　　　Mag. Judge Steven Whalen
vs.

KALITTA AIR, L.L.C.,
A Michigan Limited Liability Company,

　　　　　Defendant.

## STIPULATION FOR ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS

　　　　The parties, by and through their respective attorneys, stipulate to the entry of an Order dismissing this case with prejudice and without costs, interest or attorney fees to any party.

By: */s/Donald J. Gasiorek*　　　　　　　　By: */s/Karen Girard*
Donald J. Gsiorek (P-24987)　　　　　　　　Karen L. Girard (P61631)
GASSIOREK, MORGAN, GREGO　　　　　　KELSEY LAW GROUP, P.C.
& McCAULEY, P.C.　　　　　　　　　　　　2395 S. Huron Parkway, Suite 200
30500 Northwestern Highway, Ste 425　　　　Ann Arbor, MI 48104
Farmington Hills, MI 48334　　　　　　　　(734) 973-1222
(248) 865-0001　　　　　　　　　　　　　　kgirard@kelseylaw.com
dgasiorek@gmgmlaw.com　　　　　　　　　Attorney for Defendant
Attorney for Plaintiff

Dated:  July 24, 2013

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRYCE MORAN,

       Plaintiff,

vs.

KALITTA AIR, L.L.C.,
A Michigan Limited Liability Company,

       Defendant.

Case No.: 11-14696

Hon. Stephen J. Murphy III
Mag. Judge Steven Whalen

## ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS

This matter having come before the Court upon stipulation of the parties; Plaintiff having agreed to dismiss his lawsuit against Defendant in its entirety with prejudice and without costs or attorneys' fees to any party, and the court being otherwise fully advised in the premises:

**IT IS ORDERED** that the above-captioned matter be, and the same is dismissed in its entirety with prejudice and without costs or attorneys' fees to any party.

This Order completely resolves all remaining claims and closes the case.

                                      **SO ORDERED.**

          S/Stephen J. Murphy, III
          Stephen J. Murphy, III
          United States District Judge

Dated: July 28, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 28, 2013, by electronic and/or ordinary mail.

        S/Carol Cohron
        Case Manager